CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMIEL. L. WILLIAMS   QJ0995
**Full Name of Plaintiff**       **Inmate Number**

v.

DIVEN
**Name of Defendant 1**

Plocinik
**Name of Defendant 2**

Brindle
**Name of Defendant 3**

Weakland
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

AMENDED COMPLAINT
Civil No. 1:23-CV-00667
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(  ) No Jury Trial Demand

**FILED**
HARRISBURG, PA

JUL 28 2023

PER ___JBL___
DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

WILLIAMS JAMIEL .L.
Name (Last, First, MI)

QJ0995
Inmate Number

SCI-HUNTINGDON
Place of Confinement

1100 Pike Street
Address

Huntingdon, P.A. 16654
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Diven
Name (Last, First)

Correctional Officer
Current Job Title

1100 Pike St.
Current Work Address

Huntingdon, P.A. 16654
City, County, State, Zip Code

Defendant 2:
Plocinik
Name (Last, First)

Correctional Officer
Current Job Title

1100 Pike St.
Current Work Address

Huntingdon, P.A. 16654
City, County, State, Zip Code


Defendant 3:
Brindle
Name (Last, First)

Correctional Officer
Current Job Title

1100 Pike St.
Current Work Address

Huntingdon, P.A. 16654
City, County, State, Zip Code


Defendant 4:
Weakland
Name (Last, First)

Correctional Officer
Current Job Title

1100 Pike St
Current Work Address

Huntingdon, P.A. 16654
City, County, State, Zip Code


Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Page 3 of 6

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

SCI-HUNTINGDON, DA-UNIT & B-UNIT

B. On what date did the events giving rise to your claim(s) occur?

DEC. 21, 2022

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

C.O. DIVEN'S purposely gave INMATE KEVIN WILLIAMS Pass belonging to Plaintiff, Jamiel-L. Williams And was directed to go off DA-Unit to B-Unit to get Legal-Mail belonging to Plaintiff. And also he never asked for or checked Inmate I.D, making sure right person went to Legal mail room. In Legal mail room, on B-Unit, C.O Plocinik, gave inmate Kevin Williams, belongings to Jamiel-L. Williams that was opened in Front of Kevin Williams And C.O. Brindle, Let Kevin Williams Sign Computerized signature stating his acceptance of Legal-mail as if it belonged to him. Kevin Williams, came back to DA-Unit realizing it wasn't his Legal-mail and gave it to me. I made a big Fuss about situation And Sgt. Weakland Lied to supervisors saying Legal Mail was given to him and it wasn't.

→ Continued on Additional pages

continued claim,

1- Divens violated Plaintiff by being derlic of duty on his job post (not checking inmate I.D), which violated Jamiel L Williams, 1st. constitutional amendment right, when he gave another inmate, kevin williams, a pass purposely belonging to inmate Jamiel L Williams for LEGAL-MAIL, after he call for Jamiel L Williams, over loud speaker to go to legal-mail room. He also allowed him to leave DA-UNIT and go to B-UNIT, to the legal mail room to stop Jamiel L Williams from getting legal mail that would help prove his innocents in Misconduct report #D643241 & D643236 which PLAINTIFF, Jamiel L Williams, needed for CIVIL ACTION against co-worker Lt. Corley for assualt.

cf. see; CA No.1:22-cv-01337

2- Divens started a domino affect, being Plocinik & Brindle also violated Jamiel L Williams, 1st. Admendment Constitutional Rights when they gave legal-mail to Kevin Williams & allowed him to sign his name in place of Jamiel L Williams, on a computerized signature machine....    (COURT PROCESSED EVIDENCE) When told to allow by Divens, by phone call.

3- Sgt. Weakland, is in violation for covering-up situation of wrong doings by C.O. Divens, Plocinik, & Brindle, saying he recieved & checked legal-mail when Kevin Williams, returned to DA-UNIT from the legal-mail room on B-UNIT and that he personally gave me the legal-mail, when I was at desk at entrance of DA-UNIT which is 20 feet from exit and I myself took the LEGAL-MAIL from Kevin Williams, and walked to my cell mad because of the whole situation.

(It's all on cctv at SCI-Huntingdon, which officials said they preserved the video in grievance filed.)

4- SCI-Huntingdon's Sgt. Weakland, covered up 4 (four) wrongs in this situation that happened no less than five (5) to ten (10) minutes apart from the start of the initial wrong;

A. gave inmate pass belonging to another

B. let inmate leave DA-unit and go to B-unit with wrong pass

C. given & let sign for legal-mail without showing Prison I.D.

D. signed on legal computer in place of Plaintiff, Jamiel L Williams

also, by giving inmate Kevin Williams access to my legal mail it hurt my case ...CA no. 1:22-cv-01337,

Cf. see, John V. N.Y.C. Dept of Corrections, 183 F.Supp.2d 619 (S.D.N.Y.2002)

Jamiel L Williams
*/s/ J Williams*

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Voilation of the 1st Constitutional Amendment being Prison Officials opened my Legal-mail outside of presence of Addressee.
cf. see, Jones V. Brown, 461 F.3d 353, 3d Cir. 2006,
Al-Amin V. Smith, 511 F.3d 1317, 11th Cir. 2008

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Unable to File Court paperwork in time, Emotional distress, Extreme depression.

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Compensatory damages of $75,000 & Punitive Damages of $75,000 And a Preliminary & Permanent injunction give plaintiff Evidence From Misconduct Report # D643241 & D643236 And change Prison Policy stating Outside Agencies reporting wrong doings on Inmates, Inmates can't have evidence or see it to prove them self Innocent.

**VII.   SIGNATURE**

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

July 20, 2023
Date

Smart Communications/PADOC
SCI- Huntingdon
Name Jamiel Williams
Number QJ0995
PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

JOHNSTOWN PA 159

US POSTAGE
ZIP 16652 $ 000.87
02 4W
0000372161 JUL 25 2023

RECEIVED
HARRISBURG, PA
JUL 28 2023
PER  JB
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 North 6th Street, Suite 101
Harrisburg, P.A. 17102

1710231109