# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIEL L. WILLIAMS and KEVIN WILLIAMS,     Plaintiffs | : : : : |
| v. | : : |
| C.O. DIVEN, et al.,     Defendants | : : : |

No. 1:23-cv-00667

(Judge Rambo)

## ORDER

**AND NOW**, on this 6th day of September 2023, upon consideration of pro se Plaintiff Jamiel L. Williams ("Plaintiff")'s amended complaint (Doc. No. 14), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 14) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff is **DENIED** leave to amend; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge